HARVEY P. SACKETT (72488)

**SACKETT**
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHERINE R. KINDLE, | ) Case No:  C09-01624 PVT |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

        Plaintiff and Defendant, through their respective attorneys, hereby stipulate that

Plaintiff shall have a first extension of time of (45) days up through and including Monday,

October 19, 2009 in which to e-file her Motion for Summary Judgment.  This extension is

necessitated by the number of other cases (4) Plaintiff's counsel currently has before this

district court and other district courts that also require briefing around this time.

STIPULATION AND ORDER

JOSEPH P. RUSSONIELLO
United States Attorney



Dated: August 31, 2009                    /s/
                                          ELIZABETH FIRER
                                          Special Assistant U.S. Attorney



Dated: August 31, 2009                    /s/
                                          HARVEY P. SACKETT
                                          Attorney for Plaintiff
                                          KATHERINE R. KINDLE

IT IS SO ORDERED.



Dated:   August 31, 2009

                                          HON. PATRICIA V. TRUMBULL
                                          United States Magistrate Judge

STIPULATION AND ORDER

2