HARVEY P. SACKETT (72488)

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHERINE R. KINDLE, | Case No: C09-01624 PVT |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner,<br>Social Security Administration, | |
| Defendant. | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (7) days up through and including Wednesday, December 9, 2009 in which to e-file her Reply to Defendant's Cross-Motion for Summary Judgment. This extension is necessitated by the number of other cases (4) Plaintiff's counsel

1

STIPULATION AND ORDER

currently has before this district court and other district courts that also require briefing around this time.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: December 2, 2009

/s/
LEO R. MONTENEGRO
Special Assistant U.S. Attorney

Dated: December 2, 2009

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
KATHERINE R. KINDLE

IT IS SO ORDERED.

Dated: December 3, 2009

HON. PATRICIA V. TRUMBULL
United States Magistrate Judge