1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration
   DANIEL P. TALBERT, SBN OH 84088
4  Special Assistant United States Attorney
5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8926
       Facsimile: (415) 744-0134
7      E-Mail: Daniel.Talbert@ssa.gov

8  Attorneys for Defendant

9
                    UNITED STATES DISTRICT COURT
10                 NORTHERN DISTRICT OF CALIFORNIA
11
   KATHERINE KINDLE,              )    No. 5:09-CV-01624-PVT
12                                )
           Plaintiff,             )
13                                )    STIPULATION AND [xxxxxxxxx] ORDER
                                  )    TO CONTINUE STATUS CONFERENCE
14 vs.                            )
                                  )
15 MICHAEL J. ASTRUE,             )
   COMMISSIONER OF                )
16 SOCIAL SECURITY,               )
                                  )
17         Defendant.             )
18 _____)

19     IT IS HEREBY STIPULATED, by and between the parties, through their respective

20 counsel of record, that the Status Conference, presently scheduled for September 14, 2010, at

21 2:00 pm, be moved to September 21, 2010, at 2:00 pm. This continuance is necessary because

22 Defense counsel needs to travel out of state to attend a continuing legal education course.

23
24
25
26
27
28

KINDLE V. ASTRUE, 5:09-CV-1624-PVT
                                              1

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: September 7, 2010 | */s/ Harvey Sackett* |
|   | (as authorized via email) |
|   | HARVEY SACKETT |
|   |   |
|   | Attorney for Plaintiff |
|   |   |
|   | MELINDA L. HAAG |
|   | United States Attorney |
| Dated: September 7, 2010 | By *s/ Daniel P. Talbert* |
|   | DANIEL P. TALBERT |
|   | Special Assistant U. S. Attorney |
|   |   |
|   | Attorneys for Defendant |

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:___9/8/2010_____     _____

　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　UNITED STATE MAGISTRATE JUDGE

KINDLE V. ASTRUE, 5:09-CV-1624-PVT